Elizabeth Johnson v. Lawrence P. Mingey.— Motion denied.

William P. Knowles, Appellant, v. The City of New York and Others, Respondents, Impleaded with the Pennsylvania Steel Company.— Judgment affirmed, with costs. No opinion.

William P. Knowles, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Boerum Street.— Application granted to the extent of directing the mortgage held by the German Savings Bank to be paid by the chamberlain. In other respects motion denied, with leave to renew on further proof. Memorandum *per curiam.*